**Eric Alan SANDERS, Plaintiff-Appellant,**

v.

**WAL-MART STORES EAST, L.P., Defendant-Appellee.**

No. 16-2234

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Eric Alan Sanders, Appellant Pro Se. Cheryl L. Behymer, Nicole P. Cantey, FISHER & PHILLIPS, LLP, Columbia, South Carolina, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order partially accepting the recommendation of the magistrate judge and denying relief on Sanders' employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we deny Sanders' pending motions and affirm for the reasons stated by the district court. *Sanders v. Wal-Mart Stores East, L.P.,* No. 1:14-cv-03509-JMC, 2016 WL 1156648 (D.S.C. Mar. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*